IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI TAPIA, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZALE DELAWARE INC. d/b/a ZALE CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No: 13-CV-01565-PCL<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ACTION FOLLOWING SETTLEMENT** |

1
ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ACTION FOLLOWING SETTLEMENT

1
2
3
4
5
  Having considered Plaintiff NAOMI TAPIA and Defendant ZALE DELAWARE INC.'s Joint Motion to Dismiss Action Following Settlement, and good cause appearing, the Court hereby GRANTS the parties' motion, dismisses this action with prejudice in its entirety, and further orders that this case is closed.

6
7
8  Dated:  October 3, 2017

9                 _____
10                Hon. Peter C. Lewis
                United States Magistrate Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28